**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARLEW S.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:  4:19-cv-2182** |
| | ) | |
| | ) | |
| **BARIVEN S.A., and** | ) | |
| **PDVSA SERVICES, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REQUEST FOR CLERK'S ENTRY OF**
**DEFAULT JUDGMENT AS TO DEFENDANT BARIVEN S.A.**

Plaintiff Marlew S.A. ("Plaintiff" or "Marlew") requests that the Clerk of the United States District Court for the Southern District of Texas, Houston Division, enter default against Defendant BARIVEN, S.A. ("Defendant" or "Bariven") in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, as follows:

1. This action (the "**Action**") was filed on June 17, 2019.  (D.E. #1).

2. The first Summons for Bariven was issued on June 20, 2019.  (D.E. #5).  Service was attempted through the Secretary of State at the last known address of Bariven.  (D.E. #5).  Service was ineffective, however, because Bariven is no longer located at its last known address.

3. Thereafter, a second Summons for Bariven was issued on July 16, 2019, (D.E. #8), which was to be served on the chairman of PDVSA Services Inc. ("PDVSA").  Upon information and belief, PDVSA is the purchasing agent for Bariven, PDVSA's parent company.  Service was attempted at PDVSA's principal place of business, located at 1293 Eldridge Parkway, Houston, Harris County, Texas 77077; however, service failed.

4.   Thereafter, a third Summons for Bariven was issued on July 22, 2019.  (D.E. #11).  Service of this Summons on Bariven, together with a copy of Plaintiff's Original Complaint, was effectuated on July 24, 2019 through PDVSA, in care of PDVSA's registered agent.  (D.E. #14).

5.   On or about July 26, 2019, proof of service was filed with the Court.  [D.E. 14].

6.   The Summons provided that an answer to the Complaint was due to be filed by Defendant Bariven within 21 days of being served.   Accordingly, Defendant Bariven's answer to the Complaint was due to be filed on or before August 14, 2019.

7.   As of the filing of this Motion, Bariven has not filed an answer, nor has it otherwise responded to the Complaint.

8.   Plaintiff's counsel, by his signature below, verifies that:

A.   Despite being properly served with a Summons and the Complaint in this matter, Defendant Bariven has failed to file an answer or other response to the Complaint in the Action, and has failed to present any defenses to Plaintiff's allegations as set forth in the Complaint.  The time allowed to file an answer to the Complaint, as to all Defendants, has expired.

B.   Pursuant to Federal Rule of Civil Procedure 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by law, the clerk shall enter the party's default.  Fed. R. Civ. P. 55(a).

C.   Defendant Bariven is not an infant or incompetent person.  Further, Defendant Bariven is an entity and, as such, is not currently in the military service.

WHEREFORE, Plaintiff respectfully requests that, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of this Court enter default against Defendant Bariven S.A., and grant Plaintiff such other and further relief, in law and in equity, the Court deems is just and proper.

The undersigned verifies and certifies that the foregoing factual statements are true and correct to the best of his personal knowledge. 28 U.S.C. § 1746.

*[SIGNATURE PAGE TO FOLLOW]*

PLAINTIFF MARLEW S.A.'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO
BARIVEN S.A.

42575862.1

Dated:  September 9, 2019

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

By: /s/ *David A. Baay*
    David A. Baay
    Texas Bar No. 24027050
    Southern District of Texas FBN 5598715
    DavidBaay@eversheds-sutherland.us
    1001 Fannin Street, Suite 3700
    Houston, TX  77002
    Phone: (713) 470-6100

    **ATTORNEY-IN-CHARGE FOR MARLEW S.A.**

**EVERSHEDS SUTHERLAND (US) LLP**

Giselle S. Guerra
Texas Bar No. 240275173
giselleguerra@eversheds-sutherland.com
1001 Fannin Street, Suite 3700
Houston, TX  77002
Phone: (713) 470-6100

**COUNSEL FOR MARLEW S.A.**

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Federal Procedure, a true and correct copy of this document was electronically filed in accordance with the United States District Court, Southern District of Texas Procedures for Electronic Filing, and was served via certified mail, on Bariven S.A. by and through its parent company, PDVSA Services, Inc. via its registered agent.

*Via Certified Mail/RRR*
Bariven S.A.
c/o PDVSA Services Inc.
Registered Agent:  CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201


By:   */s/ Giselle S. Guerra*
Giselle S. Guerra